**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jonathan LLANA, Defendant– Appellant.**

**No. 06–10194.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 14, 2006.*

Filed Nov. 27, 2006.

Daniel G. Bogden, Esq., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Arthur L. Allen, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: KLEINFELD and THOMAS, Circuit Judges, and LEIGHTON **, District Judge.

MEMORANDUM ***

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

Admission of the threats appellant made to kill Vincent Tolman and Officer Rodriguez if they testified against him was not an abuse of discretion because they were res gestae and because they showed consciousness of guilt.[1] The four-level adjustment to the guidelines calculation was not error because the evidence showed that Llana intentionally fired the weapon at an occupied dwelling.[2]

AFFIRMED.

courts of this circuit except as provided by 9th Cir. R. 36–3.

1. *See Ortiz–Sandoval v. Gomez,* 81 F.3d 891, 897 (9th Cir.1996).

2. *See United States v. Nielsen,* 371 F.3d 574, 582 (9th Cir.2004); *United States v. Miguel,* 368 F.3d 1150, 1155 (9th Cir.2004).

